2016-1033 (La. 9/16/16)

**Joshua BROWN**

v.

**Patricia M. CRONIN, et al.**

NO. 2016-CC-1033

Supreme Court of Louisiana.

September 16, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Vernon, 30th Judicial District Court Div. A, No. 89,358; to the

Court of Appeal, Third Circuit, No. CW 16-00272

Denied.